**File Hashes for IP Address 68.194.2.219**

**ISP:** Optimum Online
**Physical Location:** Morristown, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/16/2014 22:41:06 | FA80D5A214B5A512D30439F97B44E82FD1B2C9E8 | Deep Down In Me |
| 11/03/2014 18:29:37 | FB19F226C1720F9C293C5E9CB07021829E151D92 | One Show For Each |
| 11/03/2014 18:20:07 | 2A03283EF32C5FC1C39710BD784006AAB3F21B2D | Serving Seduction |
| 11/03/2014 16:19:02 | 40EEA8949B371F4B0A8732C78F14952639EFAE12 | Nice And Slow |
| 11/03/2014 15:48:35 | C0B86C1460607B1E0A920ED2A097B430E6C58471 | Double Oh Heaven |
| 09/30/2014 04:14:07 | AE39BB805BC77C2091586ABBF9969875054EC6C0 | For Your Eyes Only |
| 09/30/2014 04:11:09 | EC4156F34DE33A96DE08FDD1288BF48643A72366 | Sexy En Noir |
| 09/30/2014 04:03:58 | D1A5917C7E734B9117A370D63068E3D219768604 | Be With Me |
| 09/30/2014 04:00:27 | 1806A13DA05A9E90EF21AA9E3BB038E25C628AD0 | Paint Me White |
| 09/30/2014 04:00:22 | EDFAF3170CFB8AA16068432C18A27B950C04B501 | Chloe Loves Carl Part 2 |
| 09/30/2014 03:10:28 | 56AB4ECA407269FB68698C873485AA3B68A6C332 | Any And All For You |
| 09/30/2014 03:01:41 | 7BAA7A9FAFC637FD0EA6F41BC89C57290827D70E | In the Blind |
| 09/30/2014 02:58:25 | 7CDFEC28EBA0059E6754F9B64F0C7A0ECBB84A51 | Taste Me |
| 09/30/2014 02:49:35 | 8480FD8FB3B1B1C3A10796AB71C2A574F9C46722 | Give Me More Part 2 |
| 09/30/2014 02:44:06 | 0A9495760C51B2EA408ADC90C8A41AC17F67A425 | Catching Up |
| 09/30/2014 02:21:37 | F2A404014B130A149740F511D8DBE6F8A66237DC | Highrise Rendezvous |
| 09/30/2014 02:18:53 | AE3A98486827A6C3124377987C59B8059FDDE1B8 | Surprise Surprise |
| 09/30/2014 02:11:50 | 47E1D57B1326071102DD44272F0B7A0F7A7CD6A0 | Breakfast At Eves |
| 09/30/2014 02:09:52 | 3306FF999D206ACD958228092CE371BB4FAACDF2 | Sexy In The City |
| 09/30/2014 02:02:39 | 4CCE50D41FD8D2CB5B976DC08F4B772AF7C2F697 | Tie Her Up For Me |
| 09/30/2014 02:01:03 | FFCEAE1216B4FBC6BD7C334303E5DA02D916075D | Two By Two |
| 09/30/2014 01:45:05 | 75DC57F5567F9F3FA7A6988F5510AC0ECA350315 | Paint Me Beautiful |

EXHIBIT A

CNJ242

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 09/30/2014 01:35:13 | 88F1EBB6C77AA64D4560D42C6ED7A50580869705 | Yours Forever |
| 09/30/2014 01:24:41 | B389BE2507C73F191DB21437BD433ED59BF7D11A | Double Tease |
| 09/30/2014 01:23:26 | FC886EF2E1708CFC7115D2DDF773C6118755F233 | Lovers Way |
| 09/30/2014 01:12:04 | 655B828DE4F2721CB8A092CE8CE184D2307E5A88 | Epic Love |
| 09/30/2014 00:59:17 | 81433A009928474F2A4FF2BA5E3A62FBCC4585A7 | Rope Priority |
| 09/30/2014 00:43:45 | 6C491AED171431AEB6349385B6CED39A4B851497 | Not Alone |
| 09/30/2014 00:38:36 | 2081A5CE02BB6EC3241391474945C81FCB881CEB | Brazilian Love Affair |
| 09/30/2014 00:37:01 | 96AFADB3785BE4D7DBEF1DAD022D1B543503D61B | Floating Emotions |

**Total Statutory Claims Against Defendant: 30**

EXHIBIT A

CNJ242